# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-06795 JAK (Ex) | Date | January 9, 2012 |
|---|---|---|---|
| Title | Poshe USA LLC v. Nautilus Insurance Company | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On January 3, 2012, defendant filed "Notice of Tentative Settlement" (Dkt. 35) pending the settlement in Case No. LA CV11-5600 JAK wherein a dismissal is anticipated to be filed prior to January 23, 2012. The Court sets an Order to Show Cause re Dismissal for January 30, 2012 at 1:30 p.m. If the parties file a dismissal by January 27, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The January 9, 2012 Status Conference, March 12, 2012 Motion to Dismiss (Dkt. 9), October 1, 2012 Final Pretrial Conference, October 12, 2012 Exhibit Conference, and October 16, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |