1
2
3
4
5
6
7

**JS-6**

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 POSHE USA, LLC, | CASE NO.: 2:11-CV-06795-JAK-E |
| 12     Plaintiff, | |
| 13     vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| 14 NAUTILUS INSURANCE COMPANY, | |
| 15     Defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1
**[PROPOSED] ORDER TO DISMISS**

1  The Court, having considered the parties' Stipulation to Dismiss with Prejudice,
2  and good cause appearing,
3  **IT IS HEREBY ORDERED** that the above-entitled action is dismissed with
4  prejudice in its entirety.
5  The Order to Show Cause hearing, previously set for February 13, 2012, is
6  hereby vacated.

Dated: _February 9, 2012

_____
Hon. John A. Kronstadt
United States District Court Judge